# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BANZHOF, : | CIVIL ACTION NO. 3:17-1797 |
| **Plaintiff** : | |
| v. : | (JUDGE MANNION) |
| JEFFERSON B. SESSIONS, III, : <br> Attorney General of the <br> United States, <u>et</u> <u>al.</u>, : | |
| **Defendants** : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:** the instant action is **TRANSFERRED** to the Eastern District of Pennsylvania pursuant to the provisions of 28 U.S.C. §1404(a).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 10, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1797-01.docx